■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIS LLOYD STEELE, JR., Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on November 2, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Rosenberger and Ellerin, JJ.

■ EDWARD SCHWARTZMAN, Respondent-Appellant, v WALTER WEINTRAUB, Appellant-Respondent, and WW NATIONAL TELEPHONE ADVERTISING, INC., et al., Respondents, et al., Defendants.—Judgment, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on June 14, 1985, unanimously affirmed for the reasons stated by Irving Kirschenbaum, J., without costs and without disbursements. Concur—Sandler, J. P., Asch, Ellerin and Wallach, JJ.